

No. 15–0361/MC.  U.S. v. Matthew P. Hoffmann.  CCA 201400067.  On consideration of the petition for grant of review of the decision of the United States Navy–Marine Corps Court of Criminal Appeals, it is ordered that said petition is hereby granted on the following issues:

   I.   WHETHER THE SEARCH AND SEIZURE OF THE PERSONAL ITEMS OF AN INDIVIDUAL WHERE THE SEARCH WAS INITIALLY GRANTED BY CONSENT, BUT LATER REVOKED BEFORE THE SEIZURE OF ITEMS, VIOLATED THE FOURTH AMENDMENT OF THE CONSTITUTION.

   II.  THE APPELLANT WAS CHARGED WITH CRIMES INVOLVING CHILD ENTICEMENT.  THE NMCCA FOUND A SEARCH FOR A SEPARATE CRIME, CHILD PORNOGRAPHY, WAS SUPPORTED BY PROBABLE CAUSE BASED SOLELY ON THE CHILD ENTICEMENT ALLEGATIONS.  IN DOING SO, THE NMCCA RELIED ON A MINORITY OPINION IN FEDERAL CASE LAW AND APPLIED IT INCORRECTLY.  SHOULD THIS COURT REVERSE?

Briefs will be filed under Rule 25.

No. 15–0462/MC.  U.S. v. Michael A. Arnold.  CCA 201200382.  On consideration of the motions filed by Lieutenant Carrie E. Theis, for leave to withdraw as appellate defense counsel, it appears that the Judge Advocate General has assigned other counsel to represent said Appellants and that the new attorney has assumed the representation of said Appellants.  Accordingly, it is ordered that said motions are hereby granted.